**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:

LEIGH A. VALENTINE                                    CASE NO. 06-40305
SSN xxx xx 0103                                       (Chapter 7)

  **Debtor.**

---

**APPLICATION TO EMPLOY AUCTIONEER TO APPRAISE PROPERTY AND
POSSIBLY CONDUCT SALE THEREOF**

Wayne Sigmon, Trustee, by and through the undersigned counsel, respectfully represents:

1. The debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code in this Court on June 1, 2006.

2. Wayne Sigmon is the duly appointed, qualified, and acting Trustee of the Chapter 7 case of the debtor.

3. The Trustee wishes to employ Gary Boyd of Gary Boyd Auction & Real Estate, a licensed auctioneer, in this case.

4. The Trustee has selected Gary Boyd because of his experience and qualifications in matters involving the value and sale of real and personal property.

5. The Trustee wishes for Gary Boyd of Gary Boyd Auction & Real Estate to review the debtor's real and personal property and to render to the Trustee an opinion as to the value thereof and as to whether or not the value of said property exceeds the amount of allowable exemptions in an amount sufficient to authorize attempting to sell same.

6. To the best of the Trustee's knowledge, Gary Boyd of Gary Boyd Auction & Real Estate does not hold or represent any interest adverse to the estate and is a disinterested person within the meaning of 11 U.S.C. §101(13).

Dated: _____    _____
Wayne Sigmon, Attorney for the Trustee
State Bar #7318
**GRAY, LAYTON, KERSH, SOLOMON,**
**SIGMON, FURR & SMITH P.A.**
Post Office Box 2636
Gastonia, North Carolina  28053
(704) 865-6265

## CERTIFICATE OF SERVICE

The undersigned certifies that the pleading or paper to which this Certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of the same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United States Postal Service this the \_\_\_\_\_ day of _____, 20\_\_\_.

_____
Wayne Sigmon, Attorney for the Trustee

VIA ECF:

John Bramlett
Bankruptcy Administrator

Keith Johnson
Attorney for the Debtor

VIA FIRST CLASS MAIL:

Gary Boyd Auction & Real Estate
P.O. Box 352
Albemarle, NC 28002-0352

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# SHELBY DIVISION

IN RE:

LEIGH A. VALENTINE                                    CASE NO. 06-40305
SSN xxx xx 0103                                            (Chapter 7)

      **Debtor.**

---

## DECLARATION

## OF

## GARY BOYD, AUCTIONEER

I, Gary Boyd of Gary Boyd Auction & Real Estate, declare as follows:

1. That I am a duly licensed public auctioneer competent to conduct a public and/or private sales of the kind normally contemplated in a bankruptcy proceeding and to render an estimate as to the value of property to be sold.

2. That I have read the Application of the Trustee to employ me as auctioneer and I agree to and approve of the terms and conditions thereof.

3. That I am a disinterested person within the meaning of 11 U.S.C. Section 101(14).

I declare under penalty of perjury that the foregoing is true and correct.

_____
*Gary Boyd, Auctioneer*