FILED & JUDGMENT ENTERED
David E. Weich

Aug 09 2006

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_____
George R. Hodges
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### SHELBY DIVISION

IN RE:

LEIGH A. VALENTINE                              CASE NO. 06-40305
SSN xxx xx 0103                                     (Chapter 7)

      Debtor.

---

## ORDER SUSTAINING OBJECTION TO EXEMPTION ELECTION

      THIS CAUSE coming on to be heard and being heard before the undersigned Judge of the United States Bankruptcy Court for the Western District of North Carolina, Shelby Division, in open court on July 28, 2006 upon the Trustee's Objection to Exemption Election and it appearing to the Court that there has been adequate Notice and a Hearing of this matter as that term is defined in the Bankruptcy Code and the Rules of Bankruptcy Procedure. Present at the hearing held hereon were Wayne Sigmon, Trustee and attorney for the Trustee, and R. Keith Johnson, attorney for the debtor. From statements of counsel for the Trustee as well as the entire record, the Court makes the following:

### FINDINGS OF FACT

1. The debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code in this Court on June 1, 2006.

2. Wayne Sigmon is the duly appointed, qualified, and acting Trustee of the Chapter 7 case of the debtor.

3. In Schedule C-Property Claimed as Exempt, the debtor has exempted various items of property in specific amounts. The Trustee objects to the debtor's exemption election to the extent that the value of any of the items stated in Schedule C may exceed the value

of the claimed exemption.

## CONCLUSIONS OF LAW

The Trustee's objection to exemption election should be sustained.

IT IS THEREFORE ORDERED that the debtor's exemption election in the properties listed on Schedule C of her bankruptcy schedules be, and the same hereby is, deemed to be limited to the value of the claimed exemption stated therein.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order

United States Bankruptcy Court