**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| | | |
|---|---|---|
| Case No: | 06-40305   XXX   Judge: Added During Conversion | Trustee Name: WAYNE SIGMON, TRUSTEE |
| Case Name: | Valentine, Leigh A. | Date Filed (f) or Converted (c): 06/01/06 (f) |
| | | 341(a) Meeting Date: 07/14/06 |
| For Period Ending: | 01/04/11 | Claims Bar Date: |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2,136.32 | Unknown |
| 2. Exposed Equity<br>PENDING ADV. PROC. RE: ONE WORLD CONTRACT PROPERTY OF THE ESTATE?  DEBTOR LISTED ON SCH B BUT STATED -0- VALUE<br>ADVERSARY SETTL'D AND ORDER ENTERED 7/7/09 | Unknown | 0.00 | | 298,667.20 | 0.00 |
| 3. Exposed Equity<br>INTEREST IN OIL WELL<br>RECEIPTS ARE ROYALTIES NOT FOR LIQUIDATION OF ASSET<br>ASSET RETURNED TO DEBTOR IN ORDER SETTL'ING ADV. PROC. | 50,000.00 | 0.00 | | 13,452.28 | FA |
| 4. Exposed Equity<br>Jewelry<br>ANY EQUITY IN JEWELRY INCLUDED IN SETTLM. OF ADV. PROC. | 14,200.00 | 6,462.00 | | 0.00 | FA |
| 5. EXEMPT<br>residence (no equity), cash, checking, hhg's, clothing, golf clubs, fax, cat/dogs  all exempted on sch c | 437,351.00 | 0.00 | | 0.00 | FA |
| 6. retirement<br>the debtor listed retirement and exempted same but in the settlement order re: the adv. procd. the debtor offered her interest in same to Dale Barlage (the Trustee had determined that it has/had no value) | 48,000.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | $549,551.00 | $6,462.00 | | $314,255.80 | Gross Value of Remaining Assets<br>$0.00<br>(Total Dollar Amount in Column 6) |

LFORM1

Ver: 16.01b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| | | |
|---|---|---|
| Case No: | 06-40305    XXX    Judge: Added During Conversion | Trustee Name: WAYNE SIGMON, TRUSTEE |
| Case Name: | Valentine, Leigh A. | Date Filed (f) or Converted (c): 06/01/06 (f) |
| | | 341(a) Meeting Date: 07/14/06 |
| | | Claims Bar Date: |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE IS CORRESPONDING WITH THE ATTORNEY FOR THE DEBTOR TO DETERMINE WHY THE ESTATE HAS NOT BEEN RECEIVING PAYMENTS UNDER THE SETTLEMENT AGREEMENT.   THIS CASE WILL CONTINUE FOR SEVERAL MORE YEARS.

Initial Projected Date of Final Report (TFR):  / /          Current Projected Date of Final Report (TFR):  / /

LFORM1                                                                                                                                                        Ver: 16.01b

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-40305 -XXX | Trustee Name: | WAYNE SIGMON, TRUSTEE |
|---|---|---|---|
| Case Name: | Valentine, Leigh A. | Bank Name: | BANK OF AMERICA |
| | | Account Number / CD #: | *******3760 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******6973 | | |
| For Period Ending: | 01/04/11 | Blanket Bond (per case limit): | $ 100,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 120,580.05 |
| 07/30/10 | 1 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 5.12 | | 120,585.17 |
| 08/31/10 | 1 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 5.13 | | 120,590.30 |
| 09/14/10 | | Transfer to Acct #*******3922 | Bank Funds Transfer | 9999-000 | | 1,275.00 | 119,315.30 |
| 09/30/10 | 1 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.93 | | 119,320.23 |
| 10/25/10 | 000105 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS ST.<br>NEW ORLEANS, LA 70139 | | 2300-000 | | 142.25 | 119,177.98 |
| 10/29/10 | 1 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 5.06 | | 119,183.04 |
| 11/30/10 | 1 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 4.90 | | 119,187.94 |
| 12/31/10 | 1 | BANK OF AMERICA | Interest Rate 0.050 | 1270-000 | 5.06 | | 119,193.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 30.20 | 1,417.25 | 119,193.00 |
| Less: Bank Transfers/CD's | 0.00 | 1,275.00 | |
| Subtotal | 30.20 | 142.25 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 30.20 | 142.25 | |

Page Subtotals  30.20  1,417.25

Ver: 16.01b

LFORM24

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 06-40305 -XXX |
| Case Name: | Valentine, Leigh A. |
| Taxpayer ID No: | *******6973 |
| For Period Ending: | 01/04/11 |

| | |
|---|---|
| Trustee Name: | WAYNE SIGMON, TRUSTEE |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *******3922  Checking - Non Interest |
| Blanket Bond (per case limit): | $ 100,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/10 | | Transfer from Acct #*******3760 | Bank Funds Transfer | 9999-000 | 1,275.00 | | 1,275.00 |
| 09/14/10 | 001012 | NORTH CAROLINA DEPT. OF REVENUE | TAX DUE NORTH CAROLINA INCOME TAX | | | 1,275.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 1,275.00 | 1,275.00 | 0.00 |
| Less:  Bank Transfers/CD's | 1,275.00 | 0.00 | |
| Subtotal | 0.00 | 1,275.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 1,275.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - ********3760 | 30.20 | 142.25 | 119,193.00 |
| Checking - Non Interest - ********3922 | 0.00 | 1,275.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 30.20 | 1,417.25 | 119,193.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    1,275.00    1,275.00

LFORM24

Ver: 16.01b