UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

IN RE:
LEIGH A. VALENTINE                           CASE NO. 06-40305
SSN xxx xx 0103                                    (Chapter 7)

    Debtor.

## APPLICATION TO PAY FUNDS TO REGISTRY ACCOUNT

NOW COMES Wayne Sigmon, Trustee herein, and respectfully shows unto the Court:

1. This proceeding is presently pending before this Court and your applicant is the trustee herein duly qualified and acting.

2. That pursuant to Order to Disburse Funds your applicant mailed a payment to Bryon Clark, 5705 Baton Rouge, Frisco, Texas 75035 the last known address of the creditor, in the amount of $3060.38. That this check contained a notation that it would be void if not presented for payment within ninety (90) days.

3. To date, this creditor has failed and neglected to present this check for payment or this check has been returned marked "Undeliverable as addressed, unable to forward".

4. That your trustee requests that he be authorized, allowed and directed to pay these funds in the amount of $3060.38 to the Registry Account of the Bankruptcy Court.

**WHEREFORE**, your trustee prays unto the Court that he be authorized, allowed and directed to pay the funds of this debtor in the amount of $3060.38 to the Registry Account of the Bankruptcy Court upon the failure of Bryon Clark to present its disbursement check for payment within the 90-day period of time or upon inability of the trustee to locate Bryon Clark and for such other and further relief as is just and proper.

Dated: 12-21-15            By: /s/ Wayne Sigmon
                           Wayne Sigmon, Attorney
                           Sigmon & Henderson PLLC
                           State Bar # 7318
                           518 South New Hope Road
                           Gastonia, North Carolina 28054
                           (704) 865-6265

CERTIFICATE OF SERVICE

    The undersigned certifies that the pleading or paper to which this Certificate is affixed was served upon the other party(s) to this action by hand delivery or by depositing a copy of same, enclosed in a first-class postpaid wrapper properly addressed to the attorney(s) of record for such other party(s), in a post office or official depository under the exclusive care and custody of the United States Postal Service this the 21 day of ____Dec____, 20 15 .

                                                Wayne Sigmon, Attorney

VIA ECF:

Bankruptcy Administrator
402 West Trade Street #200
Charlotte, NC  28202-1627